# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| **CORAL CHEMICAL COMPANY, an Illinois Corporation, and DONALD LAFLAMME,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Cause No. 4:16-cv-00023-RLY-DML<br>) |
| **CHEMETALL US, INC.,** | )<br>) |
| **Defendant.** | ) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **Defendant Chemetall US, Inc.** for the limited purpose of responding to and defending against Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction.  Defendant does not waive service by filing this limited appearance and reserves all its rights related to service.

I certify that I am admitted to practice in this Court.


February 25, 2016                 /s/ Sara R. Blevins
Date                              Signature

                                  Sara R. Blevins           #24806-49A
                                  Printed Name              Bar Number
                                  **LEWIS & KAPPES, P.C.**
                                  One American Square, Suite 2500
                                  Indianapolis, IN 46282
                                  (317) 639-1210
                                  (317) 639-4882 (fax)
                                  *sblevins@Lewis-Kappes.com*

## CERTIFICATE OF SERVICE

I certify that on the 25th day of February, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John J. Garvey III
Jennifer K. Nordstrom
Garvey Shearer Nordstrom, PSC
300 Buttermilk Pike, Ste. 336
Ft. Mitchell, KY 41047

Robert M. Shupenus
Coral Chemical Company
1915 Industrial Avenue
Zion, Illinois 60099

                                              **LEWIS & KAPPES, P.C.**

                                              */s/ Sara R. Blevins*
                                              Sara R. Blevins

**LEWIS & KAPPES, P.C.**
One American Square, Suite 2500
Indianapolis, IN 46282
(317) 639-1210
(317) 639-4882 (fax)
sblevins@lewis-kappes.com