UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CORAL CHEMICAL COMPANY, <br> an Illinois Corporation, and <br> DONALD LAFLAMME, <br><br> Plaintiffs, <br><br> v. <br><br> CHEMETALL US, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No. 4:16-cv-RLY-DML <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO APPEAR *PRO HAC VICE*
### FILED ON BEHALF OF ATTORNEY ALLISON GOTTLIEB

Sara R. Blevins of the law firm Lewis & Kappes, P.C., pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Allison Gottlieb of Kelley Drye & Warren LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, Chemetall US, Inc., in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Allison Gottlieb, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Allison Gottlieb leave to appear *pro hac vice* for purposes of this cause only.

Dated: February 25, 2016

Respectfully submitted,

/s Sara R. Blevins
Sara R. Blevins
Lewis & Kappes, PC
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210
(317) 639-4882
SBlevins@Lewis-Kappes.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2016, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Allison Gottlieb was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ Sara R. Blevins
Sara R. Blevins
Lewis & Kappes, PC
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210
(317) 639-4882
SBlevins@Lewis-Kappes.com

NY01\GottA\4265339.1

Exhibit A

## Certification of Allison Gottlieb
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Sara R. Blevins of the law firm Lewis & Kappes, P.C., and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| | |
|---|---|
| New York State Court (2012) | New York State Bar Association<br>One Elk Street<br>Albany, NY 12207 |
| United States District Court for the Northern District of New York (2012) | Attorney Admissions<br>United States District Court<br>Northern District of New York<br>James T. Foley Courthouse<br>Suite 509<br>445 Broadway<br>Albany NY. 12207 |
| United States District Court for the Southern District of New York (2013) | Office of the Clerk<br>500 Pearl Street<br>New York, New York 10007 |
| United States District Court for the Eastern District of New York (2013) | Office of the Clerk<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 |

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

NY01\GottA\4265339.1

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: February 25, 2016

Respectfully submitted,

*/s/ Allison Gottlieb*
Allison Gottlieb
Kelley, Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800
(212) 808-7897
agottlieb@kelleydrye.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CORAL CHEMICAL COMPANY, an Illinois Corporation, and DONALD LAFLAMME, <br><br> Plaintiffs, <br><br> v. <br><br> CHEMETALL US, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) Cause No. 4:16-cv-RLY-DML ) ) ) ) ) ) |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Sara R. Blevins of the law firm Lewis & Kappes, P.C., seeking an Order granting Allison Gottlieb of Kelley, Drye & Warren LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Chemetall US, Inc., in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

> Allison Gottlieb
> Kelley, Drye & Warren LLP
> 101 Park Avenue
> New York, NY 10178
> (212) 808-7800
> (212) 808-7897
> agottlieb@kelleydrye.com

Dated: _____

_____
[Name of Judge]
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    Allison Gottlieb
    Kelley, Drye & Warren LLP
    101 Park Avenue
    New York, NY 10178

NY01\GottA\4265339.1