UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| CORAL CHEMICAL COMPANY an Illinois Corporation, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:16-cv-00023-RLY-DML |
| vs. | ) ) | |
| CHEMETALL US, INC., | ) ) | |
| Defendant. | ) | |

## Order Granting Motion to Appear *Pro Hac Vice*

This case is before the court on the motion for admission *pro hac vice* of Allison Gottlieb.  Having considered the motion, the court determines it should be GRANTED.  Therefore, Allison Gottlieb is granted leave to appear *pro hac vice* in this case on behalf of the defendant.  The court FURTHER ORDERS that Allison Gottlieb register as a user of the court's electronic case filing system by March 14, 2016.  Failure to register could result in the revocation of her admission *pro hac vice.*

So ORDERED.

Date:  February 29, 2016

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via first-class U.S. mail:

Allison Gottlieb
KELLEY, DRYE & WARREN LLP
101 Park Ave.
New York, NY 10178
(212) 808-7800
(212) 808-7897