**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| CORAL CHEMICAL COMPANY, an Illinois Corporation, and DONALD LAFLAMME,<br><br>       Plaintiffs,<br><br>   -against-<br><br>CHEMETALL US, INC.,<br><br>       Defendant. | Case No. 4:16-cv-23 RLY-DML |

**DEFENDANT'S MOTION TO DISMISS**
**OR, IN THE ALTERNATIVE, TRANSFER VENUE**

Defendant, Chemetall US, Inc., ("Defendant"), by its counsel, and in accordance with the Federal Rules of Civil Procedure, moves this Court for: (i) an order pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure ("FRCP") dismissing Plaintiff Coral Chemical Company ("Coral") and Plaintiff Donald LaFlamme's ("LaFlamme") Complaint for improper venue; (ii) in the alternative, an order pursuant to FRCP 12(b)(6) dismissing Coral's claims for lack of standing; (iii) in the alternative, an order pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court for the District of New Jersey; and (iv) such other and further relief as the Court deems proper.

This motion is supported by a memorandum of law, with exhibits, contemporaneously filed herewith.

Dated: March 29, 2016                 Respectfully submitted,


LEWIS & KAPPES PC


By:   */s/ James E. Zoccola*_____
James E. Zoccola (15885-29)
LEWIS & KAPPES, P.C.
One American Square, Suite 2500
Indianapolis, Indiana  46282-0003
Tel: (317) 639-1210
Fax: (317) 639-4882
jzoccola@lewis-kappes.com

Mark A. Konkel (admitted *pro hac vice*)
Allison Gottlieb (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2016, the foregoing document was filed electronically. Service of this filing will be made on the following counsel by operation of the Court's electronic filing system.

*/s/ James E. Zoccola*
James E. Zoccola (15885-29)

LEWIS & KAPPES, P.C.
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210
(317) 639-4882 (fax)
jzoccola@lewis-kappes.com